IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED ABREU, | No. CIV S-05-2153-CMK |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). On October 25, 2005, the court issued a scheduling order which required plaintiff to complete service of process on defendant within 20 days, and to file a notice of completion of service with the court within 10 days thereafter. Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules. See Local Rule 11-110. More than 30 days have elapsed and plaintiff has not complied.

/ / /

1

1  Plaintiff will be required to show cause and is warned that failure to respond to
2  this order may result in dismissal of the action.  See Local Rule 11-110.  The filing of a notice,
3  within the time provided herein, that plaintiff has completed service of process on defendant will
4  constitute an adequate response to this order to show cause.
5  Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in
6  writing, within 20 days of the date of service of this order, why this action should not be
7  dismissed for lack of prosecution and failure to comply with rules and/or court orders.

DATED:  December 12, 2005.

                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE