**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFRED ABREU, | No. CIV S-05-2153-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). On October 25, 2005, the court issued a scheduling order which required plaintiff to complete service of process on defendant within 20 days, and to file a notice of completion of service with the court within 10 days thereafter. Plaintiff failed to comply and, on December 12, 2005, the court directed plaintiff to show cause why this action should not be dismissed for lack of prosecution and failure to comply with court orders and rules. The order specified that the filing of a notice of completion of service would constitute an adequate response. A review of the docket reflects that plaintiff filed a proof of service on December 23, 2005. The docket also

1

reflects a notice of appearance filed on behalf of defendant.  Thus, it appears that service of process has been completed.  The order to show cause will be discharged.  Defendant's response to the complaint shall be due within the time specified in the court's October 25, 2005, scheduling order.

   Accordingly, IT IS HEREBY ORDERED that the court's December 12, 2005, order to show cause is discharged.

DATED:   January 6, 2006.

　　　　　　　　　　　　　　　　　　　/s/ Craig M. Kellison
　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE