1 **JESSE S. KAPLAN    CSB#103726**
  **5441 Fair Oaks Bl. Ste. C-1**
2 **Carmichael, CA   95608**
  **916/488-3030**
3 **916/489-9297 fax**

4 **Attorney for Plaintiff**
  **ALFRED ABREU**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**
-o0O0o-

| | |
|---|---|
| **ALFRED ABREU,** | 2:05-CV-02153-CMK |
| Plaintiff, | |
| | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGEMENT** |
| v. | |
| **JO ANNE BARNHART,** Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that Plaintiff's time to file motion for summary judgement in the above-referenced case is hereby extended from its present due date to thirty (30) days from the date of this order.

1

| | |
|---|---|
| 1 | This is the first extension requested re Plaintiff's filing of motion for summary judgement. |
| 2 | |
| 3 | |
| 4 | Dated: 4/4/06           /s/    *Jesse S. Kaplan* |
| 5 |                                  JESSE S. KAPLAN |
|   |                                  Attorney at Law |
| 6 |                                  Attorney for Plaintiff |
| 7 | Dated: 4/5/06           /s/    *[?] "for Bobbie Montoya"* |
| 8 |                                  BOBBIE J. MONTOYA |
|   |                                  Assistant U.S. Attorney |
| 9 |                                  Attorney for Defendant |

RE    ALFRED ABREU v. JO ANNE BARNHART, 2:05-CV-02153-CMK, STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGEMENT.

<u>ORDER</u>

For good cause shown, the requested extension of Plaintiff's time to file motion for summary judgement in ABREU v. BARNHART, 2:05-CV-02153-CMK, is hereby APPROVED. Plaintiff shall file his motion on or before thirty (30) days from the date of this order.

SO ORDERED.

DATED:   April 6, 2006.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE