1 | **JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
2 | **Carmichael, CA   95608**
**916/488-3030**
3 | **916/489-9297 fax**

4 | **Attorney for Plaintiff**
**ALFRED ABREU**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| **ALFRED ABREU,** | 2:05-CV-02153-CMK |
| Plaintiff, | |
| | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGEMENT** |
| v. | |
| **JO ANNE BARNHART,** **Commissioner of Social Security,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that Plaintiff's time to file motion for summary judgement in the above-referenced case is hereby extended from the present due date by one week to May 15, 2006. This second extension is needed because Plaintiff's attorney, Jesse S. Kaplan, has and continues to have an unusually high work load. He filed three briefs--totaling nearly seventy (70) pages--on April 21 and 24, and has a two-day hearing May 4 and 5.

1

Dated: 5/2/06          /s/     *Jesse S. Kaplan*
                               JESSE S. KAPLAN
                               Attorney at Law
                               Attorney for Plaintiff

Dated: 5/2/06          /s/     *Bobbie I. Montoya*
                               BOBBIE J. MONTOYA
                               Assistant U.S. Attorney
                               Attorney for Defendant

## ORDER

For good cause shown, the requested extension of Plaintiff's time to file motion for summary judgement in ABREU v. BARNHART, 2:05-CV-02153-CMK, is hereby APPROVED. Plaintiff shall file his motion on or before May 15, 2006.

SO ORDERED.

DATED:  May 10, 2006.

                                        _____
                                        CRAIG M. KELLISON
                                        UNITED STATES MAGISTRATE JUDGE

2