IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED ABREU, | No. CIV S-05-2153-CMK |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

   Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). A review of the docket reflects that neither party has notified the court regarding consent to proceed before a Magistrate Judge. Pursuant to the court's scheduling order and Eastern District of California Local Rules, Appendix A, the time to do so has now expired.

   The parties will each be required to separately show cause regarding their failure to comply. The parties are advised that the submission of proper notification regarding consent will be considered an adequate response to this order to show cause. The parties will be forwarded a copy of the court's form regarding consent. Finally, the parties are warned that

1

1 failure to comply with this order may result in the imposition of appropriate sanctions, including
2 dismissal of this action.  See Local Rule 11-110.
3                 Accordingly, IT IS HEREBY ORDERED that:
4         1.      The parties shall separately show cause in writing, within 20 days from
5 the date of service of this order, why appropriate sanctions, including dismissal of this action,
6 should not be imposed for lack of prosecution and/or failure to comply with court rules and
7 orders; and
8         2.      The Clerk of the Court is directed to serve on the parties a copy of the
9 court's form entitled "Consent to Assignment or Request for Reassignment."

11 DATED:  July 5, 2006.

                                            _____
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE