IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED ABREU,<br><br>    Plaintiff,<br><br>  vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____/ | No. CIV S-05-2153-CMK<br><br><br><br>ORDER |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). The parties have now notified the court regarding consent. The court's July 7, 2006, order to show cause is, therefore, discharged.

      IT IS SO ORDERED.

DATED: August 2, 2006.

                                                          CRAIG M. KELLISON<br>
                                                          UNITED STATES MAGISTRATE JUDGE