IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED ABREU,                                               No. CIV S-05-2153-CMK

        Plaintiff,

    vs.                                                              ORDER

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.

_____/

        Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). On August 1, 2006, plaintiff filed a document entitled "Supplemental Information Regarding Requested Transfer of Case" (Doc. 25). In that document, plaintiff states that he has moved to Hawaii and requests that this action be transferred to the District of Hawaii for decision. Plaintiff cites no law in support of his request.

        Under 28 U.S.C. § 1404(a), this court may transfer a civil action to any other district "where it might have been brought." When plaintiff filed the instant action in 2005 he lived in Sacramento County, California. Under 24 U.S.C. § 405(g), judicial review of the

1

1  Commissioner's final decision is obtained by filing an action in the district where the plaintiff
2  lives.  Thus, this case was properly initiated in this district.  Even though plaintiff has since
3  moved to Hawaii, because he did not live there when he filed this case, the court has no statutory
4  authority to transfer this action to the District of Hawaii.  The request to transfer this case to the
5  District of Hawaii must, therefore, be denied.
6        Plaintiff is advised that he may obtain review in the forum of his choice by
7  voluntarily dismissing this action and re-filing in the District of Hawaii.  The court expresses no
8  opinion as to whether this will create a statute of limitations problem.  This is a decision for
9  plaintiff to make after consulting with counsel.  In the meantime, this case stands submitted and
10 ready for a final decision.
11       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to transfer this
12 case to the District of Hawaii (Doc. 25) is denied.

14 DATED:  September 18, 2006.

16       **CRAIG M. KELLISON**
17       UNITED STATES MAGISTRATE JUDGE